

ORIGINAL

FILED

09/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0466

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0466

AVANLEE CHRISTINA OKRAGLY,

　　　　Petitioner and Appellee,

v.

FREDERICK KEITEL, III,

　　　　Respondent and Appellant.

O R D E R

FILED

SEP 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This matter comes before the Court after self-represented Appellant Frederick Keitel III filed an Amended Notice of Appeal following his request for additional time to correct or amend the Notice of Appeal he filed on August 1, 2024. Keitel received notice from the Clerk of this Court that his initial Notice of Appeal was deficient. Keitel acknowledges that he mistakenly stated in his August 1, 2024 Notice of Appeal that this appeal is from an order certified as final under M. R. Civ. P. 54(b), which would require correction or amendment. He, however, does not appeal such an order here. Moreover, Keitel also acknowledges that his Notice of Appeal is premature, as not all final issues have been resolved. Keitel includes a copy of the District Court's August 27, 2024 Order Setting Hearing on Attorney's Fees and Costs for September 23, 2024. He represents further that he has filed additional motions for new trial and relief from the District Court's orders.

Our Rules of Appellate Procedure make clear that "[a] final judgment conclusively determines the rights of the parties and settles all claims in controversy in an action or proceeding, including any necessary determination of the amount of costs and attorney fees awarded or sanction imposed." M. R. App. 4(1)(a). This Court may dismiss "[a] notice of appeal filed prior to the district court's ruling on any necessary determination of the amount of costs and attorney fees awarded[.]" M. R. App. P. 4(5)(a)(iii). Keitel requests that we hold his appeal in abeyance until the District Court issues final orders in the case. We

conclude, however, that the appeal is premature. When Keitel receives a final judgment, he may seek an appeal with this Court.

IT IS THEREFORE ORDERED that:

1. Keitel's appeal is DISMISSED without prejudice; and

2. the Clerk of Supreme Court shall CLOSE this matter and RETURN the exhibits of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Donald L. Harris, District Court Judge; Terry Halpin, Clerk of District Court, under Cause No. DC 23-1224; counsel of record; and Frederick J. Keitel III personally.

DATED this 12ᵗʰ day of September, 2024.

Justices

2